UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES A. ROBERTS, SR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) No. 1:11-cv-01438-JMS-DML |
| CENDANT MORTGAGE CORPORATION, | ) |
| *et al.* | ) |
| Defendants. | ) |

**JUDGMENT**

  The Court having issued its entry this date, this case is dismissed without prejudice for lack of jurisdiction.

Date: 06/07/2013

_____
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution BY U.S. Mail to:

JAMES A. ROBERTS, SR.
520 Woodmere Drive
Indianapolis, IN 46260

Distribution via ECF to:

Chrysostomos E. Manolis
SHAPIRO VAN ESS PHILLIPS & BARRAGATE, LLP
cmanolis@logs.com